UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
U2 HOME ENTERTAINMENT, INC.,

                                    Plaintiff,                              **ORDER**

                -against-                                         04 CV 4402 (RJD)(JMA)

JOHN DOES I THROUGH V, d/b/a "GO GO MALL,"

                                    Defendants.
-------------------------------------------------------------X
DEARIE, District Judge.

        Plaintiff seeks damages against defaulting defendants, "John Does I Through V" d/b/a

"Go Go Mall," for defendants' unauthorized duplication, importation, and distribution of

copyrighted motion pictures, the distribution rights to which plaintiff owns exclusively.  The

Court referred this matter to Magistrate Judge Joan M. Azrack for report and recommendation.

Judge Azrack recommended that the Court award damages to plaintiff in the sum of $189,000

and grant a permanent injunction against defendants from any and all future infringements of

plaintiff's licensed, copyrighted feature motion pictures and television series and against use of

plaintiff's trademark.

        No objections were filed.  Accordingly, the Court adopts Judge Azrack's

recommendations that damages in the amount of $189,000 be awarded to plaintiff and that a

permanent injunction against defendants preventing any and all future infringements of

plaintiff's licensed copyrighted feature motion pictures and television series and against

the use of plaintiff's trademark be granted in all respects without qualification.

SO ORDERED.

Dated: Brooklyn, New York
      November ___ 2005

                              s/ Judge Raymond J. Dearie

                            RAYMOND J. DEARIE
                            United States District Judge